FILED
JUL -6 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15mc00014SNLJ |
| ) | |
| MICHAEL L. CRAVENS, ) | FILED UNDER SEAL |
| ) | |
| Defendant. ) | |

## APPLICATION FOR TRANSFER OF CUSTODY

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and represents to the Court that:

1. MICHAEL L. CRAVENS, a confined, pretrial detainee wishes to speak with Assistant United States Attorney Keith D. Sorrell and Special Agent Beth Dallas of the Bureau of Alcohol, Tobacco, Firearms and Explosives for the purpose of cooperating; and that

2. The U. S. Marshals Service lacks sufficient personnel to maintain the continuous custody of MICHAEL L. CRAVENS during the meeting; and that

3. MICHAEL L. CRAVENS is represented by Mr. Michael A. Skrien, who has been advised of and agrees to said meeting.

It is hereby requested that this Court issue an order temporarily transferring custody of MICHAEL L. CRAVENS from the United States Marshals Service to Beth Dallas or other designated agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives beginning on Tuesday, July 7, 2015, at 9:00 a.m., and ending at the conclusion of the meeting on July 7, 2015.

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

*/s/ Keith D. Sorrell*

KEITH D. SORRELL, #23288MO
ASSISTANT UNITED STATES ATTORNEY